TO:     All Court of Appeals Judges, Professor Bacigal, Professor Swisher and John Tucker

FROM:  Marty Ring

DATE:  March 11, 2014


        The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

   1.  Yelp, Inc.
          v. Hadeed Carpet Cleaning, Inc.
          Record No. 0116-13-4
          Opinion rendered by Judge William G. Petty on
          January 7, 2014

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Richard Turner Moter
     v. Commonwealth of Virginia
     Record No. 1301-11-2
      Opinion rendered by Judge Kelsey
        on February 19, 2013
      Refused (130497)

2.  Latoya Mrytrise Robertson
     v. Commonwealth of Virginia
     Record No. 0477-11-3
      En Banc opinion rendered by Judge Humphreys
        on March 19, 2013
      Refused (130666)

3.  Timothy Woodard
     v. Commonwealth of Virginia
     Record No. 2048-11-3
      Opinion rendered by Judge Petty
        on March 26, 2013
      Judgment of Court of Appeals affirmed by opinion rendered on
        February 27, 2014 (130854)

4.  Felecia Amos
     v. Commonwealth of Virginia
     Record No. 1667-11-4
      En Banc opinion rendered by Judge McCullough
        on April 9, 2013
      Judgment of Court of Appeals affirmed by opinion rendered on
        February 27, 2014 (130757)

5.  Lashon Marcay Pritchett
     v. Commonwealth of Virginia
     Record No. 0830-12-3
      Opinion rendered by Judge McCullough
        on April 16, 2013
      Refused (130796)

On February 27, 2014 the Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Vincent A. Rowe
   v. Commonwealth of Virginia
   Record No. 1700-11-1
   CAV petition for appeal denied by Judge Beales on March 26, 2012
     (delayed appeal awarded by Supreme Court of Virginia)
   Judgment of Court of Appeals affirmed
   (130881)

2. Robert C. David
   v. Cheri Gina David
   Record No. 0653-12-2
   Memorandum opinion rendered by Judge Elder on November 20, 2012
   Judgment of Court of Appeals reversed and matter remanded to this Court for
     reconsideration
   (122145)

3. Derrick Ganson Maxwell, s/k/a, etc.
   v. Commonwealth of Virginia
   Record No. 0047-12-4
   Memorandum opinion rendered by Chief Judge Felton on April 16, 2013
   Judgment of Court of Appeals reversed and matter remanded to this Court for
     reconsideration of assignment of error this Court found was defaulted
   (130810)